No. 73. CEBOLLERO *v.* MARTÍNEZ.—Appeal in cassation from a judgment rendered by the District Court of Mayagüez. Decided December 28, 1901. The appeal was declared abandoned by reason of the failure of the appellant to appear.

———

No. 50. VALDIVIESO *v.* RODRÍGUEZ.—Appeal in cassation from a judgment rendered by the District Court of Ponce. Decided January 30, 1902. Withdrawn by request of the appellant. *Mr. López Landrón,* for appellant. *Mr. Eduardo Acuña,* for respondent.

———

No. 72. MARTÍNEZ *v.* MORENO.—Appeal in cassation from a judgment rendered by the District Court of Mayagüez. Decided February 10, 1902. Withdrawn by request of the appellant. *Mr. Alvarez Nava,* for appellant. *Mr. Hernández López,* for respondent.

———

No. 49. COLBERG *v.* MARINI ET AL.—Appeal in cassation from a judgment rendered by the District Court of Mayagüez. Decided April 5, 1902. All the proceedings in the Supreme Court were held to be null and void because all of the defendants in the case had not been notified of the judgment of the court below, and because they were not summoned to appear before the Supreme Court. *Mr. Alvarez Nava,* for appellant. *Mr. Eduardo Acuña,* for respondent.

———

No. 75. GONZÁLEZ *v.* CORREA ET AL.—Appeal in cassation from the judgment rendered by the District Court of San Juan. Decided May 21, 1902. Withdrawn on the request of the appellant. *Mr. Alvarez Nava,* for appellant. *Mr. Díaz Navarro,* for respondent.